Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| William Lee Grant, II | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case Number: 18-3073** |
| | ) | |
| Office of the Illinois Governor, Richard | ) | |
| Abel Kabaker, U.S. Department | ) | |
| Of Justice, State of Illinois | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.    This action came before the Court for a trial by jury.    The issues

have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.    This action came before the Court and a decision has

been rendered.

   **IT IS ORDERED AND ADJUDGED** that the Plaintiff's Amended Complaint is

DISMISSED pursuant to 28 U.S.C. Sec 1915(e)(2)(B).

   **IT IS FURTHER ORDERED AND ADJUDGED** that Office of the Illinois Governor

was terminated by way of an Amended Complaint filed on 4/5/2018.

**Dated: 4/9/2018**

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court